**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 619 MAL 2018

           Respondent            :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

           v.                           :

                                 :

MARK DAVID SMITH,                :

                                 :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.